Holden v Sanaa Mini Mart, Inc. (2023 NY Slip Op 03142)

Holden v Sanaa Mini Mart, Inc.

2023 NY Slip Op 03142

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., BANNISTER, MONTOUR, AND GREENWOOD, JJ.

473 CA 22-01109

[*1]BERTHA HOLDEN, PLAINTIFF-RESPONDENT,
v
SANAA MINI MART, INC., ROYAL BROADWAY FOOD, INC., DEFENDANTS-APPELLANTS, ET AL., DEFENDANTS. 

MURA LAW GROUP, PLLC, BUFFALO (BRENDAN S. BYRNE OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
ANDREWS, BERNSTEIN, MARANTO & NICOTRA, PLLC, BUFFALO (THOMAS P. KOTRYS OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (E. Jeannette Ogden, J.), entered June 13, 2022. The order, among other things, denied the motion of defendants Sanaa Mini Mart, Inc., and Royal Broadway Food, Inc., for summary judgment "on [the] ground[] that a question of fact exists as to the issue of constructive notice." 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court.
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court